IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| LESLIE SCOTT, TAL BECKER, individually and on behalf of others similarly situated<br><br>PLAINTIFFS,<br><br>V.<br><br>RVSHARE, LLC<br><br>DEFENDANT. | CASE NO: 3:21-00401 |

## CERTIFICATE OF SERVICE

I hereby certify that the Motions for Pro Hac Vice for Cam J. Justice and Adam D. Breit (Dkt.6 and Dkt.7) were served via United States Mail to the following:

RVSHARE
C/O Commercial Registered Agent
6545 Market Avenue N.
Suite 100
North Canton, Ohio 44721

Adam D. Breit
8551 W. Sunrise Blvd
Suite 300
Plantation, Florida 33322
abreit@justiceinjurylawyer.com

And the Court's filing system to:

Cam J. Justice
8551 W. Sunrise Blvd
Suite 300
Plantation, Florida 3332
cjustice@justiceinjurylawyer.com

Respectfully submitted

                                                          **_s/James C. Bradshaw III_**
                                                          James C. Bradshaw III, BPR #13170
                                                          **WYATT, TARRANT & COMBS, LLP**
                                                          333 Commerce Street, Suite 1050
                                                          Nashville, TN 37203-1423
                                                          Telephone: (615)244-0020
                                                          jbradshaw@wyattfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of May 2021, a copy of the forgoing was filed in the above-captioned action. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, including:

RVSHARE
C/O Commercial Registered Agent
6545 Market Avenue N.
Suite 100
North Canton, Ohio 44721

Adam D. Breit
8551 W. Sunrise Blvd
Suite 300
Plantation, Florida 33322
abreit@justiceinjurylawyer.com

Cam J. Justice
8551 W. Sunrise Blvd
Suite 300
Plantation, Florida 3332
cjustice@justiceinjurylawyer.com

                                                          _/s/ James C. Bradshaw III_
                                                          James C. Bradshaw, III

2