# EXHIBIT A



# UNITED STATES DISTRICT COURT
for the
## Southern District of Florida

### CERTIFICATE OF GOOD STANDING

I, **Angela E. Noble,** Clerk of the United States District Court for the Southern District of Florida,

do hereby certify that **Cam F. Justice**, Florida Bar # **119105**, was duly admitted to practice in this

Court on **January 15, 1999**, and is in good standing as a member of the Bar of this Court.

Dated at: **Miami, Florida** on May 22, 2021.



**Angela E. Noble**
*Court Administrator ● Clerk of Court*