# EXHIBIT A

AO 136 (Rev. 10/13) Certificate of Good Standing



# UNITED STATES DISTRICT COURT
for the
## Southern District of Florida

### CERTIFICATE OF GOOD STANDING

I, **Angela E. Noble,** Clerk of the United States District Court for the Southern District of Florida,

do hereby certify that **Adam David Breit**, Florida Bar # **102541**, was duly admitted to practice in

this Court on **December 03, 2013**, and is in good standing as a member of the Bar of this Court.

Dated at: **Miami, Florida** on May 22, 2021.



Angela E. Noble
Court Administrator • Clerk of Court