# UNITED STATES DISTRICT COURT
for the

MIDDLE DISTRICE OF TENNESS▼

| | |
|---|---|
| LESLIE SCOTT, TAL BECKER, individually and on behalf of others similarly situated )<br><br>*Plaintiff* )<br>)<br>v. )<br>RVSHARE, CLL )<br>)<br>*Defendant* ) | Civil Action No. 3:21-cv-0401 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* RV SHARE
C/O COMMERCIAL REGISTERED AGENT
6545 MARKET AVENUE N.
SUITE 100
NORTH CANTON, OHIO 44721

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: JAMES C. BRADSHAW III
WYATT, TARRANT & COMBS, LLP
333 COMMERCE STREET
SUITE 1050
NASHVILLE TENNESSEE 37201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 5/19/2021

*CLERK OF COURT*

*Kim Cheor*

*Signature of Clerk or Deputy Clerk*

**RETURN COPY**

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **Commercial Registered Agent**, who is designated by law to accept service of process on behalf of *(name of organization)* **RV Share** via Certified Mail 7017 0190 0000 3795 3009 on *(date)* **May 24, 2021** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **May 28, 2021**

*P. Y Gambel*
Server's signature

**Pamela Y. Gambel, Paralegal**
Printed name and title

333 Commerce St, Ste 1050
Nashville, TN 37201
Server's address

Additional information regarding attempted service, etc:

# SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

RV Shaw
c/o Commercial Reg Ag
6545 Market Ave N.
Ste 100
North Canton OH 44721

9590 9402 3347 7227 0017 01

2. Article Number (Transfer from service label)

7017 0190 0000 3795 3004

PS Form 3811, July 2015 PSN 7530-02-000-9053

# COMPLETE THIS SECTION ON DELIVERY

A. Signature
X [signature] 605 2163
☐ Agent
☐ Addressee

B. Received by (Printed Name) 601.0-17
C. Date of Delivery 05/24

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

# USPS Tracking®

FAQs >

Track Another Package +

Tracking Number: 70170190000037953004

Remove X

Your item was delivered to the front desk, reception area, or mail room at 12:19 pm on May 24, 2021 in CANTON, OH 44721.

# ✓ Delivered, Front Desk/Reception/Mail Room

May 24, 2021 at 12:19 pm
CANTON, OH 44721

Get Updates ∨

**Text & Email Updates** ∨

**Tracking History** ∧

May 24, 2021, 12:19 pm
Delivered, Front Desk/Reception/Mail Room
CANTON, OH 44721
Your item was delivered to the front desk, reception area, or mail room at 12:19 pm on May 24, 2021 in CANTON, OH 44721.

May 23, 2021, 1:13 pm
Arrived at Hub
CANTON, OH 44711

Case 3:21-cv-00401   Document 11   Filed 05/28/21   Page 4 of 6 PageID #: 73

May 22, 2021, 4:53 pm
Arrived at USPS Facility
CANTON, OH 44711

May 22, 2021, 4:22 pm
Departed USPS Regional Facility
AKRON OH DISTRIBUTION CENTER

May 21, 2021, 8:02 pm
Arrived at USPS Regional Facility
AKRON OH DISTRIBUTION CENTER

May 21, 2021, 7:11 pm
Departed USPS Regional Facility
CLEVELAND OH DISTRIBUTION CENTER

May 21, 2021, 3:17 pm
Arrived at USPS Regional Facility
COLUMBUS OH DISTRIBUTION CENTER

May 21, 2021, 4:46 am
Departed USPS Regional Facility
NASHVILLE TN DISTRIBUTION CENTER

May 21, 2021, 3:24 am
Arrived at USPS Regional Facility
NASHVILLE TN DISTRIBUTION CENTER

May 21, 2021, 3:20 am
Departed USPS Regional Facility
NASHVILLE TN DISTRIBUTION CENTER ANNEX

May 20, 2021, 11:51 pm
Arrived at USPS Regional Facility
NASHVILLE TN DISTRIBUTION CENTER ANNEX

Product Information  Case 3:21-cv-00401  Document 11  Filed 05/28/21  Page 5 of 6 PageID #: 74

**See Less ∧**

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Case 3:21-cv-00401   Document 11   Filed 05/28/21   Page 6 of 6 PageID #: 75