# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| **Leslie Scott, Tal Becker,** individually and on behalf of others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) Case No: 3:21-00401 ) |
| v. | ) Judge Campbell ) ) Magistrate Judge Newbern |
| **RVshare, LLC,** | ) ) |
| Defendant. | ) ) |

## CONSENT MOTION TO EXTEND TIME TO RESPOND TO THE COMPLAINT

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Defendant RVshare, LLC respectfully moves to extend its time to respond to the Complaint from June 14, 2021 to July 12, 2021. This extension is necessary to permit counsel and RVshare to investigate the claims asserted against it and its defenses.

RVshare's counsel has conferred with Plaintiff's counsel, James C. Bradshaw, III, and Plaintiffs' counsel has no objection to granting this extension of time.

By making this motion, RVshare does not waive any arguments or defenses, including that Plaintiffs are bound by an arbitration and class-action waiver provision.

Respectfully submitted,

*/s/ Michael G. Abelow*
Michael G. Abelow (No. 26710)
Alice E. Haston (No. 38708)
SHERRARD ROE VOIGT & HARBISON, PLC
150 Third Ave. S, Suite 1100
Nashville, TN 37201
P: 615-742-4200
F: 615-742-4539
mabelow@srvhlaw.com

ahaston@srvhlaw.com
*Attorneys for RVshare, LLC*

## CERTIFICATE OF SERVICE

I certify that on June 14, 2021, true and exact copies of the foregoing Consent Motion to Extend Time to Respond to the Complaint have been served via ECF and email on the following:

Adam D. Breit
Cam F. Justice
JUSTICE LAW
8551 W. Sunrise Blvd, Suite 300
Plantation, FL 33322
abreit@justiceinjurylawyer.com
justicepleasings@justiceinjurylawyer.com


James C. Bradshaw, III
WYATT, TARRANT & COMBS
333 Commerce Street, Suite 1000
Nashville, TN 37201
P: 615-244-0020
F: 615-256-1726
jbradshaw@wyattfirm.com

*Counsel for Plaintiffs Leslie Scott and Tal Becker*

                                                                */s/ Michael G. Abelow*
                                                                Michael G. Abelow