IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| Leslie Scott, Tal Becker, individually and on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>RVshare, LLC,<br><br>    Defendant. | Case No: 3:21-cv-00401<br><br>Judge Campbell<br>Magistrate Judge Newbern |

**MOTION FOR *PRO HAC VICE* ADMISSION OF PATRICK J. KREBS**

Pursuant to Local Rule 83.01, Defendant RVshare, LLC, by and through counsel, respectfully moves for permission for Patrick J. Krebs to appear in this action *pro hac vice* on behalf of Defendant RVshare, LLC. A declaration in support of this motion is enclosed herewith.

As set forth in his declaration, Mr. Krebs is a member in good standing of the bar of the United States District Court for Northern District of Ohio. No disciplinary proceeding, finding of contempt, sanction under 28 U.S.C. § 1927, or criminal proceeding has been instituted against him in any jurisdiction. He agrees to subject himself to the jurisdiction of this Court in any manner arising out of his conduct in this proceeding, and agrees to be bound by all rules of this Court. A Certificate of Good Standing from the United States District Court for the Northern District of Ohio is attached to Mr. Krebs's accompanying declaration.

Respectfully submitted,

*/s/ Alice E. Haston*
Michael G. Abelow (#026710)
Alice E. Haston (#038708)
SHERRARD ROE VOIGT & HARBISON, PLC
150 Third Ave. S, Suite 1100
Nashville, TN 37201
P: 615-742-4200
F: 615-742-4539
mabelow@srvhlaw.com
ahaston@srvhlaw.com

*Counsel for Defendant*

*/s/ Patrick J. Krebs (by AEH w/ permission)*
Patrick J. Krebs
Daniel H. Bryan
TAFT STETTINIUS & HOLLISTER, LLP
200 Public Square, Suite 3500
Cleveland, Ohio 44114-2302
P: 216-706-3867
F: 216-241-3707
pkrebs@taftlaw.com
dbryan@taftlaw.com

*Pro Hac Vice Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I certify that on the 16th of June, 2021, true and exact copies of the foregoing Motion for Pro Hac Vice Admission of Patrick J. Krebs have been served via ECF and email on the following:

Adam D. Breit
Cam F. Justice
Justice Law
8551 W. Sunrise Blvd, Suite 300
Plantation, FL 33322
abreit@justiceinjurylawyer.com
justicepleasings@justiceinjurylawyer.com


James C. Bradshaw, III
Wyatt, Tarrant & Combs
333 Commerce Street, Suite 1000
Nashville, TN 37201
P: 615-244-0020
F: 615-256-1726
jbradshaw@wyattfirm.com

*Counsel for Plaintiffs Leslie Scott and Tal Becker*

                                              */s/ Alice E. Haston*
                                              Alice E. Haston