**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE**

| | |
|---|---|
| **LESLIE SCOTT, TAL BECKER,** individually and on behalf of others similarly situated,<br><br>　　　　　**Plaintiffs,**<br><br>**v.**<br><br>**RVSHARE LLC**<br><br>　　　　　**Defendant.** | **Case No. 3:21-cv-00401**<br><br>**Judge William L. Campbell, Jr.**<br><br>**Magistrate Judge Alistar Newbern** |

### SECOND CONSENT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Defendant RVshare, LLC ("RVshare") respectfully moves this Court to extend its time to respond to the Complaint from July 12, 2021 to fourteen (14) days from the entry of this Court's ruling on RVshare's Motion to Stay Proceedings and Compel Individual Arbitration (the "Arbitration Motion"), which is being filed contemporaneously with this Second Consent Motion. This extension is sought in the interest of judicial economy as a response to the Complaint by RVshare may be rendered moot by the Court's ruling on RVshare's Arbitration Motion.

Plaintiffs' counsel has no objection to granting this extension of time.

Dated: July 12, 2021　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　*/s/ Michael G. Abelow*
　　　　　　　　　　　　　　　　Michael G. Abelow (#26710)
　　　　　　　　　　　　　　　　Alice E. Haston (#038708)
　　　　　　　　　　　　　　　　SHERRARD ROE VOIGT & HARBISON, PLC
　　　　　　　　　　　　　　　　150 Third Ave. S, Suite 1100
　　　　　　　　　　　　　　　　Nashville, TN 37201
　　　　　　　　　　　　　　　　P: 615-742-4200
　　　　　　　　　　　　　　　　F: 615-742-4539
　　　　　　　　　　　　　　　　mabelow@srvhlaw.com
　　　　　　　　　　　　　　　　ahaston@srvhlaw.com

Patrick J. Krebs (*pro hac vice*)
Daniel H. Bryan (*pro hac vice*)
Taft Stettinius & Hollister LLP
200 Public Square, Suite 3500
Cleveland, Ohio 44114-2302
Telephone: (216) 706-3692
Fax: (216) 241-3707
pkrebs@taftlaw.com
dbryan@taftlaw.com

*Attorneys for Defendant RVshare LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of July, 2021, a true and exact copy of the foregoing was electronically filed with the Clerk's office using the CM/ECF system, which sent a notification to all parties registered with the Court's electronic filing system, including the following:

James C. Bradshaw III
Wyatt, Tarrant & Combs, LLP
333 Commerce St., Suite 1050
Nashville, TN 37201
(615) 244-0020
jbradshaw@wyattfirm.com

Cam F. Justice
Adam D. Breit
Justice Law
8551 W. Sunrise Blvd., Suite 300
Plantation, FL 33322
(954) 515-5656
justicepleadings@justiceinjurylawyer.com
abreit@justiceinjurylawyer.com

*Attorneys for Plaintiffs*

*/s/ Michael G. Abelow*
Michael G. Abelow