IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| LESLIE SCOTT, TAL BECKER, individually and on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>RVSHARE LLC<br><br>    Defendant. | Case No. 3:21-cv-00401<br><br>Judge William L. Campbell, Jr.<br><br>Magistrate Judge Alistar Newbern |

## JOINT MOTION TO ADJOURN INITIAL CASE MANAGEMENT CONFERENCE

Plaintiffs Leslie Scott and Tal Becker (collectively, "Plaintiffs") and Defendant RVshare LLC ("Defendant") jointly move the Court to adjourn the Initial Case Management Conference ("CMC") presently scheduled for July 20, 2021 (ECF# 4), until fourteen (14) days from the entry of this Court's ruling on Defendant's Motion to Stay Proceedings and Compel Individual Arbitration (the "Arbitration Motion"), which is being filed contemporaneously with this Joint Motion.

Adjourning the CMC until after the Arbitration Motion is decided will best preserve party and judicial resources and avoid unnecessary time and expense. The Arbitration Motion will determine whether this matter should proceed in this Court or in arbitration, and whether litigation should proceed individually or on a putative class-wide basis. Those questions, in turn, are central to any Rule 26(f) planning report the parties would prepare prior to a CMC, the scope of discovery in this action, and the time necessary to litigate this action. Further, if the Arbitration Motion is granted, the need for a CMC will be moot.

Accordingly, all parties jointly request that the CMC be adjourned until 14 days after Defendant's Arbitration Motion is decided.

Dated: July 12, 2021                                              Respectfully submitted,

| | |
|---|---|
| /s/ *James C. Bradshaw w/permission MGA* | /s/ *Michael G. Abelow* |
| James C. Bradshaw, III | Michael G. Abelow (#26710) |
| WYATT, TARRANT & COMBS | Alice E. Haston (#038708) |
| 333 Commerce Street | SHERRARD ROE VOIGT & HARBISON, PLC |
| Suite 1000 | 150 Third Ave. S, Suite 1100 |
| Nashville, TN 37201 | Nashville, TN 37201 |
| P: 615-244-0020 | P: 615-742-4200 |
| F: 615-256-1726 | F: 615-742-4539 |
| jbradshaw@wyattfirm.com | mabelow@srvhlaw.com |
| | ahaston@srvhlaw.com |
| Cam F. Justice (*pro hac vice*) | |
| Adam D. Breit (*pro hac vice*) | Patrick J. Krebs (*pro hac vice*) |
| JUSTICE LAW | Daniel H. Bryan (*pro hac vice*) |
| 8551 W. Sunrise Blvd | TAFT STETTINIUS & HOLLISTER LLP |
| Suite 300 | 200 Public Square, Suite 3500 |
| Plantation, FL 33322 | Cleveland, Ohio 44114-2302 |
| P: 954-515-5656 | Telephone: (216) 706-3692 |
| justicepleadings@justiceinjurylawyer.com | Fax: (216) 241-3707 |
| abreit@justiceinjurylawyer.com | pkrebs@taftlaw.com |
| | dbryan@taftlaw.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant RVshare LLC* |

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of July, 2021, a true and exact copy of the foregoing was electronically filed with the Clerk's office using the CM/ECF system, which sent a notification to all parties registered with the Court's electronic filing system, including the following:

James C. Bradshaw III
Wyatt, Tarrant & Combs, LLP
333 Commerce St., Suite 1050
Nashville, TN 37201
(615) 244-0020
jbradshaw@wyattfirm.com

Cam F. Justice
Adam D. Breit
Justice Law
8551 W. Sunrise Blvd., Suite 300
Plantation, FL 33322
(954) 515-5656
justicepleadings@justiceinjurylawyer.com
abreit@justiceinjurylawyer.com

*Attorneys for Plaintiffs*

/s/ *Michael G. Abelow*
Michael G. Abelow