| Booking ID | Renter ID | Renter First | Renter Last | Renter Accepted TOS | Renter Accepted Rental Terms | Date Booked |
|---|---|---|---|---|---|---|
| 5324674 | 772418 | Leslie | Scott | 2020-06-11 02:43:13 | 2020-06-11 02:46:10 | 2020-06-11 02:46:11 |
| 6923431 | 467940 | Tal | Becker | 2020-10-13 23:24:34 | 2020-10-13 23:29:08 | 2020-10-13 23:29:10 |