**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE**

| | |
|---|---|
| **LESLIE SCOTT, TAL BECKER, individually**<br>**and on behalf of others similarly situated** ] | |
| ] | |
| **PLAINTIFFS,** ] | |
| ] | |
| **V.** ] | **CASE NO: 3:21-00401** |
| ] | |
| **RVSHARE, LLC** ] | |
| ] | |
| **DEFENDANT.** | |

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that the Unopposed Motion for Extension of Time to Respond to Motion to Stay Proceedings and Compel Individual Arbitration were sent to the following individuals via email and/or the Court's ECF filing :

> Michael G. Abelow
> Alice E. Haston
> Sherrard Roe Voigt & Harbison, PLC
> 150 Third Avenue South
> Suite 1100
> Nashville, Tennessee  37201
> mabelow@srvhlaw.com
> ahaston@srvhlaw.com
>
> Patrick J. Krebs (*pro hac vice*)
> Daniel H. Bryan (*pro hac vice*)
> Taft Stettinius & Hollister LLP
> 200 Public Square, Suite 3500
> Cleveland, Ohio 44114-2302
> pkrebs@taftlaw.com
> dbryan@taftlaw.com
>
> Cam J. Justice
> Adam D. Breit
> 8551 W. Sunrise Blvd
> Suite 300
> Plantation, Florida 3332
> cjustice@justiceinjurylawyer.com
> abreit@justiceinjurylawyer.com

Respectfully submitted

**_s/James C. Bradshaw III_**
James C. Bradshaw III,  BPR #13170
**WYATT, TARRANT & COMBS, LLP**
333 Commerce Street, Suite 1050
Nashville, TN 37203-1423
Telephone: (615)244-0020
jbradshaw@wyattfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd  day of July 2021, a copy of the forgoing was filed in the above-captioned action.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, including:

Michael G. Abelow
Alice E. Haston
Sherrard Roe Voigt & Harbison, PLC
150 Third Avenue South
Suite 1100
Nashville, Tennessee  37201
mabelow@srvhlaw.com
ahaston@srvhlaw.com

Patrick J. Krebs (_pro hac vice_)
Daniel H. Bryan (_pro hac vice_)
Taft Stettinius & Hollister LLP
200 Public Square, Suite 3500
Cleveland, Ohio 44114-2302
pkrebs@taftlaw.com
dbryan@taftlaw.com

Cam J. Justice
Adam Breit
8551 W. Sunrise Blvd
Suite 300
Plantation, Florida 3332
cjustice@justiceinjurylawyer.com
abreit@justiceinjurylawyer.com

_/s/ James C. Bradshaw III_
James C. Bradshaw, III

2