**ORDER: Motion GRANTED.**
*/s/ William L. Campbell Jr./*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### AT NASHVILLE

| | |
|---|---|
| LESLIE SCOTT, TAL BECKER, individually and on behalf of others similarly situated<br><br>PLAINTIFFS,<br><br>V.<br><br>RVSHARE, LLC<br><br>DEFENDANT. | CASE NO: 3:21-00401 |

## UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO MOTION TO STAY PROCEEDINGS AND COMPEL INDIVIDUAL ARBITRATION

The Plaintiffs, Leslie Scott and Tal Becker, by and through counsel, respectfully moves this Court for a brief extension of time to respond to Defendant's Motion to Stay Proceedings and Compel Individual Arbitration. Plaintiffs response is currently due on July 26, 2021. Plaintiffs are requesting an extension of time to August 16, 2021. Undersigned counsel has conferred with Defendant's counsel, who has no opposition to an extension to August 16, 2021. Plaintiff respectfully requests that the Court grant this Unopposed Motion to respond to the pending Motion.

Respectfully submitted

*s/James C. Bradshaw III*
James C. Bradshaw III, BPR #13170
**WYATT, TARRANT & COMBS, LLP**
333 Commerce Street, Suite 1050
Nashville, TN 37203-1423
Telephone: (615)244-0020
jbradshaw@wyattfirm.com