# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| **LESLIE SCOTT, TAL BECKER,** individually and on behalf of others similarly situated,<br><br>　　　　**Plaintiffs,**<br><br>v.<br><br>**RVSHARE LLC**<br><br>　　　　**Defendant.** | Case No. 3:21-cv-00401<br><br>Judge William L. Campbell, Jr.<br><br>Magistrate Judge Alistar Newbern |

## CONSENT MOTION TO EXTEND TIME TO FILE REPLY

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and LR 6.01(a), Defendant RVshare, LLC ("RVshare") respectfully moves this Court to extend its deadline to file a reply in support of its Motion to Stay and Compel Individual Arbitration (Doc. No. 21) for an additional seven (7) days, from August 23, 2021 to August 30, 2021. This extension is sought in good faith and not for purposes of delay. Specifically, the requested extension is necessary due to the press of business and to permit counsel to evaluate and respond to Plaintiffs' opposition.

Plaintiffs' counsel has no objection to granting this extension of time. This is RVshare's first request for an extension of time.

Dated: August 18, 2021　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Michael G. Abelow*
　　　　　　　　　　　　　　　　　　　　Michael G. Abelow (#26710)
　　　　　　　　　　　　　　　　　　　　Alice E. Haston (#038708)
　　　　　　　　　　　　　　　　　　　　SHERRARD ROE VOIGT & HARBISON, PLC
　　　　　　　　　　　　　　　　　　　　150 Third Ave. S, Suite 1100
　　　　　　　　　　　　　　　　　　　　Nashville, TN 37201
　　　　　　　　　　　　　　　　　　　　P: 615-742-4200
　　　　　　　　　　　　　　　　　　　　F: 615-742-4539
　　　　　　　　　　　　　　　　　　　　mabelow@srvhlaw.com
　　　　　　　　　　　　　　　　　　　　ahaston@srvhlaw.com

Patrick J. Krebs (*pro hac vice*)
Daniel H. Bryan (*pro hac vice*)
Taft Stettinius & Hollister LLP
200 Public Square, Suite 3500
Cleveland, Ohio 44114-2302
Telephone: (216) 706-3692
Fax: (216) 241-3707
pkrebs@taftlaw.com
dbryan@taftlaw.com

*Attorneys for Defendant RVshare LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of August, 2021, a true and exact copy of the foregoing was electronically filed with the Clerk's office using the CM/ECF system, which sent a notification to all parties registered with the Court's electronic filing system, including the following:

James C. Bradshaw III
Wyatt, Tarrant & Combs, LLP
333 Commerce St., Suite 1050
Nashville, TN 37201
(615) 244-0020
jbradshaw@wyattfirm.com

Cam F. Justice
Adam D. Breit
Justice Law
8551 W. Sunrise Blvd., Suite 300
Plantation, FL 33322
(954) 515-5656
justicepleadings@justiceinjurylawyer.com
abreit@justiceinjurylawyer.com

*Attorneys for Plaintiffs*

*/s/ Michael G. Abelow*
Michael G. Abelow