# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### AT NASHVILLE

**LESLIE SCOTT, TAL BECKER,**
**individually and on behalf of others**
**similarly situated,**

        **Plaintiffs,**

**v.**

**RVSHARE LLC**

        **Defendant.**

**Case No. 3:21-cv-00401**

**Judge William L. Campbell, Jr.**

**Magistrate Judge Alistar Newbern**

## CONSENT MOTION TO EXTEND TIME TO FILE REPLY

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and LR 6.01(a), Defendant RVshare, LLC ("RVshare") respectfully moves this Court to extend its deadline to file a reply in support of its Motion to Stay and Compel Individual Arbitration (Doc. No. 21) for an additional seven (7) days, from August 23, 2021 to August 30, 2021. This extension is sought in good faith and not for purposes of delay. Specifically, the requested extension is necessary due to the press of business and to permit counsel to evaluate and respond to Plaintiffs' opposition.

Plaintiffs' counsel has no objection to granting this extension of time. This is RVshare's first request for an extension of time.

Dated: August 18, 2021

        Respectfully submitted,

        */s/ Michael G. Abelow*
        Michael G. Abelow (#26710)
        Alice E. Haston (#038708)
        SHERRARD ROE VOIGT & HARBISON, PLC
        150 Third Ave. S, Suite 1100
        Nashville, TN 37201
        P: 615-742-4200
        F: 615-742-4539
        mabelow@srvhlaw.com
        ahaston@srvhlaw.com