# EXHIBIT 1

A. Screen capture of "Begin your booking" page on RVshare's website, which is attached to the Declaration of Thomas Klenotic as Exhibit A (Doc. 23-1):



1

B. Screen capture of "Confirm & Pay" page on RVshare's website, which is attached to the Declaration of Thomas Klenotic as Exhibit B (Doc. 23-2):



C. Screen capture from *Anderson v. Amazon.com, Inc.* ("*Anderson I*"), which is cited in RVshare's Opening Brief (Doc. 22 at 2, 7-11, 14), Plaintiffs' Opposition (Doc. 30 at 21-22), and RVshare's Reply (at 2-4). 478 F. Supp. 3d 683 (M.D. Tenn. 2020) (granting motion to compel arbitration):



D. Screen capture from *Anderson v. Amazon.com, Inc.* ("*Anderson II*"), which is cited in RVshare's Opening Brief (at 2, 9, 11, 13), Plaintiffs' Opposition (at 21-22), and RVshare's Reply (at 2-4). 490 F. Supp. 3d 1265 (M.D. Tenn. 2020) (granting motion to compel arbitration):



4

E. Screen captures from the briefing in *Plazza v. Airbnb, Inc.*, which is cited in RVshare's Opening Brief (at 12). 289 F. Supp. 3d 537 (S.D.N.Y. 2018) (granting motion to compel arbitration); Declaration of Kyle Miller in Support of Airbnb, Inc.'s Motion to Compel Arbitration, Exhibit 2, No. 1:16-cv-01085-VSB, Doc. 21-2 (S.D.N.Y.):

[Screen capture 1: "Connect with Facebook" button, "or", "Create an account with your email address" link, with text "By clicking 'Connect with Facebook,' you confirm that you accept the Terms of Service."]

[Screen capture 2: "Sign up using Facebook" header, "Connect with Facebook" button, "or", fields for First Name, Last Name, Email Address, Password, Confirm Password, "Create Account" button with "Remember me next time" checkbox, and text "By clicking 'Sign Up' or 'Connect with Facebook,' you confirm that you accept the Terms of Service."]

5

F.  Screen capture from *Gorny v. Wayfair Inc.*, which is cited in RVshare's Opening Brief (at 12). No. 18 C 8259, 2019 WL 2409595 (N.D. Ill. June 7, 2019) (granting motion to compel arbitration):



G. Screen captures from *Meyer v. Uber Techs, Inc*., which is cited in Plaintiffs' Opposition (at 6-7, 10). 868 F.3d 66 (2d Cir. 2017) (finding Uber App provided sufficient notice of terms of service and vacating district court's order denying motion to compel arbitration):







7

H.  Screen captures from *Nicosia v. Amazon.com, Inc*., which is cited in Plaintiffs' Opposition (at 8) and RVshare's Reply (at 1). 384 F. Supp. 3d 254 (E.D.N.Y. 2019) (granting motion to compel arbitration), *aff'd,* 815 F. App'x 612 (2d Cir. 2020):

By clicking the **Continue** button, you acknowledge that you agree to the Amazon Mom Terms and Conditions.

[Continue] [Cancel]

[Sign up for Amazon Mom] [Cancel]

By signing up, you acknowledge that you have read and agree to the Amazon Prime Terms and Conditions and **authorize us to charge your card or another available card on file. Amazon Prime membership continues until cancelled. If you do not wish to continue for $79/year, select 'Do not renew' from Your Account before your annual renewal date.**

I.  Screen captures from the briefing in *Feld v. Postmates, Inc.*, which is cited in Plaintiffs' Opposition (at 18) and RVshare's Reply (at 2).  442 F. Supp. 3d 825 (S.D.N.Y. 2020) (granting motion to compel arbitration); Memorandum of Law in Support of Defendant Postmates Inc.'s Motion to Compel Individual Arbitration and Dismiss, No. 1:19-cv-03899-PKC, Doc. 23 (S.D.N.Y.):

**Sign Up**

Email address

Password

By clicking the Sign Up or Facebook button, you agree to our Terms of Service and Privacy Policy.

SIGN UP

or

FACEBOOK

By tapping Sign Up or Facebook, you agree to the Terms of Service & Privacy Policy.

FACEBOOK

SIGN UP WITH EMAIL

SKIP FOR NOW

9

J.  Screen capture from *Fischer v. Instant Checkmate LLC*, which is cited in RVshare's Reply (at 2). 19-cv-4892, 2021 WL 3033586 (N.D. Ill. July 19, 2021) (granting motion to compel arbitration):



K. Screen captures from the briefing in *Fagerstrom v. Amazon.com, Inc.*, which is cited in RVshare's Reply (at 2). 141 F. Supp. 3d 1051 (S.D. Cal. 2015) (granting motion to compel arbitration), *aff'd sub nom. Wiseley v. Amazon.com, Inc.*, 709 F. App'x 862 (9th Cir. 2017); Exhibits C & D in Support of Amazon's Motion to Compel Arbitration and Dismiss, No. 3:15-cv-00096-BAS-DHB, Docs. 11-5 & 11-6 (S.D. Cal.):

**Review your order**

By placing your order, you agree to Amazon.com's privacy notice and conditions of use.

| Shipping address Change | Payment method Change  VISA ending in  Billing address Change  Same as shipping address | Gift cards & promotional codes  Enter Code    Apply | Place your order |
|---|---|---|---|

Ship to multiple addresses

Order Summary
Items (2): $180.20
Shipping & handling: $4.98

Total before tax: $185.18
Estimated tax to be collected:* $1.44

**FREE TWO-DAY SHIPPING** FREE Two-Day Shipping on Eligible Items: , you can save $4.98 on eligible items in this order by signing up for a free trial of Amazon Prime. Look for items marked "Amazon Prime eligible" below to see which qualify.
» Sign up for a free trial

**Order total:** $186.62

How are shipping costs calculated?
Why didn't I qualify for free shipping?

Items shipped from Amazon.com
Estimated delivery: Jan. 21, 2015

---

**Registration**
**New to Amazon.com? Register Below.**

My name is: [        ]
My e-mail address is: [        ]
Type it again: [        ]
My mobile phone number is: [        ] (Optional)
Learn more

**Protect your information with a password**
This will be your only Amazon.com password.

Enter a new password: [        ]
Type it again: [        ]

Create account

By creating an account, you agree to Amazon.com's Conditions of Use and Privacy Notice.

Conditions of Use Privacy Notice
© 1996-2015, Amazon.com, Inc. or its affiliates

11