IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LESLIE SCOTT, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | NO. 3:21-cv-00401 |
| v. ) | |
| ) | JUDGE CAMPBELL |
| RVSHARE LLC, ) | MAGISTRATE JUDGE NEWBERN |
| ) | |
| Defendant. ) | |

# ORDER

Pending before the Court is Defendant RVshare LLC's Motion to Stay Proceedings and Compel Individual Arbitration. (Doc. No. 21). Plaintiffs filed a Response (Doc. No. 30) and Defendant replied (Doc. No. 33). For the reasons stated in the accompanying Memorandum, Defendant's Motion to Compel Arbitration and Stay Proceedings is **GRANTED**. Pursuant to the request of Defendant, this case is **STAYED** pending arbitration. The Clerk is directed to administratively close the file. Either party may move to reopen the case after the arbitration is concluded.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE